---

| | |
|---|---|
| SARA MCCURRY,<br>on behalf of herself and all other<br>similarly employees,<br>DWAN WILLS, on behalf of herself and<br>all other similarly situated employees,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>BELLS NURSING HOME, INC.,<br>doing business as BELLS NURSING AND<br>REHABILITATION CENTER, ET AL.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br><br><br><br>CASE NO: 17-1010-STA-egb |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal With Prejudice entered on November 13, 2017, this cause is hereby dismissed with prejudice.


APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 11/15/2017        THOMAS M. GOULD
                        Clerk of Court


                        s/Maurice B. BRYSON

                    (By)  Deputy Clerk